**VAN–063** Order Dismissing Case – Rev. 03–11–2003

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Kennis Jacobs
112 N. Nash Street
Hillsborough, NC 27278

CASE NO.: 06–01571–5–ATS

DATE FILED: October 3, 2006

CHAPTER: 13

Wendy Pettiford Jacobs
112 N. Nash Street
Hillsborough, NC 27278

ORDER OF DISMISSAL

The court finds that Kennis Jacobs and Wendy Pettiford Jacobs has/have failed to comply with the provisions of the confirmed chapter 13 plan or to obtain confirmation of a plan. Cause exists to dismiss this case as to this debtor(s). Should Kennis Jacobs and Wendy Pettiford Jacobs file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay. Now therefore,

IT IS ORDERED that this case is dismissed as to Kennis Jacobs and Wendy Pettiford Jacobs and all funds held by the trustee shall be disbursed to the appropriate parties as required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure and the local rules of this court, and

IT IS FURTHER ORDERED that the trustee is relieved and discharged from any further responsibility in this case.

DATED: May 7, 2009

A. Thomas Small
United States Bankruptcy Judge