Form FIN

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

Case Number: 06-01571-5-ATS
Judge: A. THOMAS SMALL
Dated: June 01, 2009

In Re:

KENNIS JACOBS                    WENDY PETTIFORD JACOBS
112 N. NASH STREET
HILLSBOROUGH, NC  27278

SSN (1): XXX-XX-4206              SSN (2): XXX-XX-9906

### TRUSTEE'S FINAL REPORT AND ACCOUNT AND NOTICE THEREOF

JOHN F. LOGAN, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. §1302(b)(1).

You are hereby given Notice that you have thirty (30) days from the date of this Final Report and Account and Notice thereof to file an objection hereto and request for hearing with the Clerk of the Bankruptcy Court. If you file such an objection and request for hearing, a copy must be served upon the undersigned trustee, the debtor(s) and counsel for the debtor(s). If no objections and requests for hearing are filed within such thirty (30) day period, there shall be a presumption that the estate has been fully administered, the estate will be closed, and the trustee and the surety on the trustee's bond will be released.

1. The case was filed on October 03, 2006 and confirmed on June 12, 2007.
   The case was subsequently Dismissed After Confirmation (A) on May 07, 2009.

2. The amount paid to the Trustee by or on behalf of the debtor(s) was $11,311.00.

3. The Trustee made disbursements to creditors as follows:

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| CHASE MANHATTAN MORTGAGE | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CHRYSLER FINANCIAL | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| DAIMLERCHRYSLER SER. OF N.A. | SECURED | $1,601.93 | $1,601.93 | $1,209.67 | $0.00 |
| DAIMLER CHRYSLER | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ABSOLUTE COLL. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CCB | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CCB | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CCB | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIFINANCIAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIFINANCIAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIFINANCIAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIFINANCIAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| AMERICA MED. COLL AGENCY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| ANDERSON FINANCE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIFINANCIAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIFINANCIAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIFINANCIAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CREDIT FINANCIAL SERV. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| GEMB/JCP | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| JL WALSTON & ASSOCIATES | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| PROVIDIAN NATIONAL BANK | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| NCM TRST | UNSECURED | $2,031.68 | $0.00 | $0.00 | $0.00 |
| PROVIDIAN FINANCIAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| VERIZON WIRELESS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO FINANCIAL BANK | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| H. TUCKER DEWEY, ESQ. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| HUSCH & EPPENBERGER, LLC | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |

| Creditor Name | Class | Claim Amt | Prin PD | Int PD | Bal Due |
|---|---|---|---|---|---|
| HUTCHENS, SENTER & BRITTON, P.A. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ABSOLUTE COLL. | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | $1,995.38 | $0.00 | $0.00 | $0.00 |
| NC DEPT. OF REVENUE | PRIORITY | $1,237.83 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO FINANCIAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| WFFINACCPT | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| WFFINANCE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | UNSECURED | $498.85 | $0.00 | $0.00 | $0.00 |
| WELLS FARGO FINANCIAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| NORTH STAR CAPITAL | UNSECURED | $5,785.45 | $0.00 | $0.00 | $0.00 |
| NC DEPT. OF REVENUE | UNSECURED | $119.90 | $0.00 | $0.00 | $0.00 |
| CHASE HOME FINANCE, LLC | POST PETITION ATTORNEY FEES | $500.00 | $5.87 | $0.00 | $64.13 |
| DAIMLER CHRYSLER | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| HUTCHENS SENTER & BRITTON PA | NOTICES ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CHASE HOME FINANCE, LLC | ARREARS MORTGAGES/MOBILE HOMES | $13,777.02 | $4,739.78 | $0.00 | $2,994.62 |
| WELLS FARGO FINANCIAL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| CHASE HOME FINANCE, LLC | DIRECT | $92,130.19 | $0.00 | $0.00 | $0.00 |

4. Summary of disbursements:

|  | Secured | Priority | Unsecured | Cont. Debts | Total |
|---|---|---|---|---|---|
| **Claim Amount** | $108,009.14 | $3,233.21 | $8,435.88 | $0.00 | $119,678.23 |
| **Principal Paid** | $6,347.58 | $0.00 | $0.00 | $0.00 | $6,347.58 |
| **Interest Paid** | $1,209.67 | $0.00 | $0.00 | $0.00 | $1,209.67 |

5. Costs of Administration:
   The clerk was paid $0.00 for the filing fee.
   The debtor's attorney was allowed $3,450.00 and was paid $2,854.63.
   The Trustee was paid $0.00 for the cost of mailing notices in the case.
   The Trustee was paid $449.56 for expenses and $449.56 for compensation pursuant to 11 USC § 1326.
   Refunds to the debtor total $0.00.

6. The Trustee hereby certifies, in accordance with Federal Rule of Bankruptcy Procedure 5009, that the estate has been fully adminstered.

   Wherefore, the Trustee requests a final decree be entered which discharges the Trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

cc:  KENNIS JACOBS
     and WENDY PETTIFORD JACOBS

WILLIAM G. BERGGREN, ATTY.
PO BOX 18306
RALEIGH, NC  27619

Dated: June 01, 2009

*s/ John F. Logan*
John F. Logan
Chapter 13 Trustee
Post Office Box  61039
Raleigh, NC  27661-1039

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: KENNIS JACOBS                                              CASE NUMBER: 0601571
DEBTOR 2 NAME: WENDY PETTIFORD JACOBS

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on _06/02/2009_ :

By First Class Mail :

ABSOLUTE COLL., 421 FAYETTEVILLE ST., STE.600, RALEIGH, NC  27601, -
AMERICA MED. COLL AGENCY, PO BOX 1235, ELMSFORD, NY  10523, -
ANDERSON FINANCE, ATTN:  MANAGER OR REG. AGENT, PO BOX 3097, BLOOMINGTON, IL  61702 -
CCB, ATTN:MANAGING AGENT, PO BOX 931, DURHAM, NC  27702 -
CHASE HOME FINANCE, LLC, ATTN:  PP-G7 BANKRUPTCY PYMT, PO BOX 182106, COLUMBUS, OH  43218 -
CHASE MANHATTAN MORTGAGE, C/O CHASE HOME FINANCE, LLC, ATTN:  PP-G7 BANKRUPTCY PYMT, PO BOX 182106 COLUMBUS, OH  43218 -
CHASE, PO BOX 24696, COLUMBUS, OH  43224, -
CHRYSLER FINANCIAL, 8801 JM KEYNES DRIVE, STE. 4, CHARLOTTE, NC  28262, -
CHRYSLER FINANCIAL, PO BOX 55000, DEPT. 27001, DETROIT, MI  48255 -
CITIFINANCIAL, PO BOX 222178, CHARLOTTE, NC  28222-2000, -
CITIFINANCIAL, 2602 ERIC LANE, BURLINGTON, NC  27215, -
CITIFINANCIAL, PO BOX 913, OWING MILLS, MD  21117, -
CREDIT FINANCIAL SERV., PO BOX 451, DURHAM, NC  27702, -
DAIMLER CHRYSLER, 4501  COLLEGE BLVD., STE. 31, LEAWOOD, KS  66211, -
DAIMLER CHRYSLER, ATTN: MANAGING AGENT, PO BOX 9223, FARMINGTON, MI  48333-9223 -
DAIMLERCHRYSLER SER. OF N.A., TRUSTEE PAYMENT LOCKBOX, PO BOX 9001897, LOUISVILLE, KY  40290-1897 -
GEMB/JCP, PO BOX 984100, EL PASO, TX  79998,  -
H. TUCKER DEWEY, ESQ., HUSCH & EPPENBERGER, LLC, 200 JEFFERSON AVE., STE. 1450, MEMPHIS, TN  38103 -
HUSCH & EPPENBERGER, LLC, 200 JEFFERSON AVENUE, SUITE 1450, MEMPHIS, TN  38103 -
HUTCHENS SENTER & BRITTON PA, JOHN BRITTON, PO BOX 2505, FAYETTEVILLE, NC  28302 -
HUTCHENS, SENTER & BRITTON, P.A., BANKRUPTCY DEPARTMENT, PO BOX 2505, FAYETTEVILLE, NC  28302 -
INTERNAL REVENUE SERVICE, ATTN:  MANAGER OR REG. AGENT, PO BOX 21125, PHILADELPHIA, PA  19114 -
JL WALSTON & ASSOCIATES, 1058 W CLUB BLVD #145, DURHAM, NC  27701, -
KENNIS JACOBS, WENDY PETTIFORD JACOBS, 112 N. NASH STREET, HILLSBOROUGH, NC  27278 -
NC DEPT. OF REVENUE, ATTN:  BANKRUPTCY DEPT., PO BOX 1168, RALEIGH, NC  27602-1168 -
NCM TRST, C/O SHERMAN ACQUISITIONS, LLC, C/O PROVIDIAN FINANCIAL CORP., 8245 TOURNAMENT DR., STE. 285 MEMPHIS, T -
NORTH STAR CAPITAL, c/o: CREDITORS BANKRUPTCY SERVICE, PO BOX 740933, DALLAS, TX  75374 -
PROVIDIAN FINANCIAL, PO BOX 9180, PLEASANTON, CA  94566, -
PROVIDIAN FINANCIAL, 4900 JOHNSON DR., PLEASANTON, CA  94588, -
PROVIDIAN NATIONAL BANK, PO BOX 660487, DALLAS, TX  75266-0487, -
VERIZON WIRELESS, ATTN: MANAGING AGENT, 1 VERIZON PLACE, ALPHARETTA, GA  30004 -
WELLS FARGO FINANCIAL BANK, 32001 N. FOURTH AVE., SIOUX FALLS, SD  57104,  -
WELLS FARGO FINANCIAL, PO BOX 5058, SIOUX FALLS, SD  57117, -
WELLS FARGO FINANCIAL, PO BOX 13460, PHILADELPHIA, PA  19101-3460, -
WELLS FARGO, 800 WALNUT STREET, DES MOINES, IA  50309-3605,  -
WFFINACCPT, 1 INTERNATIONAL PLAZA, SUITE 300, PHILADELPHIA, PA  19113 -
WFFINANCE, 6815 FAYETTEVILLE RD., DURHAM, NC  27713,  -
WILLIAM G. BERGGREN, ATTY., PO BOX 18306, RALEIGH, NC  27619, -

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date:  _06/02/2009_          Signature: _____Robert J. Wallace, Jr._____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134